# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JAMES COTEREL, | ) |
| and | ) |
| CRYSTAL NAYLOR, | ) |
| Plaintiffs, | ) Case No. 2:13-cv-4218 |
| v. | ) |
| DOREL JUVENILE GROUP, INC., d/b/a Safety 1st | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION DUCES TECUM OF JOHN STERBA

PLEASE TAKE NOTICE that in accordance with Federal Rule of Civil Procedure 30, Defendant, Dorel Juvenile Group, Inc., will take the deposition upon oral examination of John Sterba, an expert witness disclosed by plaintiffs on <u>October 10, 2010</u>, beginning at 10:00 a.m. Eastern. The deposition will be conducted at the offices of the court reporter, Jack W. Hunt & Associates, Inc., 1120 Liberty Building, 424 Main Street, Buffalo, New York 14202. The deposition will be recorded by stenographic means.

To allow the deposition to be conducted efficiently, the witness is requested to produce at a mutually convenient time prior to his deposition the materials described in <u>Exhibit A</u>. Those materials shall be produced in accordance with the instructions provided on <u>Exhibit A</u>. Defendant will reimburse the witness for the copying costs associated with providing a hard copy or PDF copy of the documents.

Date: September 23, 2014               Respectfully submitted,

**BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP**

By: /s/ Thomas P. Schult
   Thomas P. Schult
   Kenneth J. Duvall
   2600 Grand Boulevard, Suite 1200
   Kansas City, Missouri 64108
   Telephone:   (816) 627-0239
   Facsimile:   (816) 561-1888
   tschult@berkowitzoliver.com
   kduvall@berkowitzoliver.com

**SCHIFF HARDIN LLP**

   Jonathan Judge *(Admitted Pro Hac Vice)*
   Matthew Schiltz *(Admitted Pro Hac Vice)*
   233 South Wacker Drive, Suite 6600
   Chicago, Illinois 60606-6473
   Telephone:   (312) 258-5500
   Facsimile:   (312) 258-5600
   jjudge@schiffhardin.com
   mschiltz@schiffhardin.com

**ATTORNEYS FOR DEFENDANT DOREL
JUVENILE GROUP, INC.**

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 23rd day of September 2014, the foregoing Notice of Deposition Duces Tecum of John Sterba was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record:

   J. Brad Wilmoth
   Brown & Crouppen, P.C.
   One Metropolitan Square
   211 North Broadway, Suite 1600
   St. Louis, Missouri 63102
   (314) 421-0216
   (314) 421-0359 (fax)
   pipleadings@getbc.com

                        /s/ Thomas P. Schult
                        **Attorney for Defendant Dorel Juvenile Group, Inc.**