IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
JEFFERSON CITY DIVISION

JAMES COTEREL, et al,           )
                                )
        Plaintiffs,             )
                                )
v.                              )        Case No. 13-4218-CV-C-SRB
                                )
DOREL JUVENILE GROUP, INC.,     )
                                )
        Defendant.              )

VERDICT

VERDICT A

Note: Complete this form by writing in the name required by your verdict.

On the claim of the Plaintiffs James Coterel and Crystal Naylor for the death of Jacob Coterel against defendant Dorel Juvenile Group, Inc., we, the undersigned jurors, find in favor of:

_____DEFENDANT_____

| Plaintiffs James Coterel | or | Defendant Dorel |
| And Crystal Naylor | | Juvenile Group, Inc. |

Note: Complete the following paragraph only if the above finding is in favor of plaintiffs James Coterel and Crystal Naylor

We, the undersigned jurors, assess the damages of plaintiffs James Coterel and Crystal Naylor as follows:

$_____.
  (*stating the amount*)

Note: If you found in favor of plaintiffs and against defendant, complete the following paragraph by writing in the word(s) required by your verdict.

We, the undersigned jurors, find that defendant Dorel Juvenile Group, Inc. __is  not__ liable for damages for aggravating circumstances.
       (*"is" or "is not"*)

Note: All jurors who agree to the above must legibly sign or print their names below.

Dan Schutter

Veronica Schultz

_(signature)_

_(signature)_

Ruby Davenport

Lindsay Mull

for KEVIN BRESHEARS

Angle Mello